UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE


UNITED STATES OF AMERICA       )
          )
v.           )      NO. 2:08-CR-07
          )
RANDALL STREET       )
SAM JERRY STREET       )

## O R D E R

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated August 8, 2007. In that Report and Recommendation, the Magistrate Judge recommends that the defendants' motions to suppress be denied. [Doc. 60]. The defendants have filed objections to this recommendation. [Docs. 66 and 68]. After careful and *de novo* consideration of the record as a whole, including the transcript of the hearing on March 18, 2008, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation, which are incorporated by reference herein, it is hereby **ORDERED** that the defendants' objections are **OVERRULED**, that the Report and Recommendation is **ADOPTED** and **APPROVED**, [Doc. 60], and that the motions to suppress filed by the defendants are **DENIED.** [Docs. 49 and 54].


      E N T E R:


                 s/J. RONNIE GREER
               UNITED STATES DISTRICT JUDGE